IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MAURICE BRYANT,           )
                          )
        Plaintiff,        )   Case No. 1:10-cv-86-SJM-SPB
                          )
    v.                    )
                          )
BRIAN FLINCHBAUGH, *et al.*,  )
                          )
        Defendants.       )

**MEMORANDUM ORDER**

Plaintiff's civil rights complaint was received by the Clerk of Court on April 14, 2010 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation [4], filed on October 8, 2010, recommends that the instant civil rights action be dismissed for Plaintiff's failure to prosecute. The parties were allowed fourteen (14) days from the date of service in which to file objections. Service was made on Plaintiff by certified mail at SCI-Albion, where he is currently incarcerated. No objections were filed. After de novo review of the complaint and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 2nd Day of November, 2010;

IT IS ORDERED that the instant civil rights action be, and hereby is, DISMISSED for Plaintiff's failure to prosecute.

The Report and Recommendation of Magistrate Judge Baxter [4], dated October 8, 2010, is adopted as the opinion of this Court.

                                                s/ <u>Sean J. McLaughlin</u>
                                                    SEAN J. McLAUGHLIN
                                                    United States District Judge

cm:    All parties of record
        U.S. Magistrate Judge Susan Paradise Baxter